U. S. 308, 313; *Mitchell* v. *United States*, 21 Wall. 350, 353. *Mr. S. W. Jensch* for appellant. *Mr. Joseph E. Messerschmidt* for respondents.

No. 1010. BERMAN *v.* ILLINOIS BELL TELEPHONE CO. ET AL. May 23, 1938. *Per Curiam:* The motion to affirm is granted. *Mr. Meyer Abrams* for appellant. *Messrs. Kenneth F. Burgess, Leslie N. Jones,* and *W. Clyde Jones* for appellees.

No. —, original. EX·PARTE DENNIS J. MCCARTHY. May 23, 1938. Application denied.

No. 16, original. MISSOURI *v.* IOWA. May 23, 1938. Samuel Williston, Esq., of Cambridge, Massachusetts, appointed Special Master in this cause.

No. 993. CHAMPLIN REFINING CO. *v.* RYAN, SECRETARY OF STATE. Decided May 31, 1938. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937). The petition for writ of certiorari is denied. *Mr. Horace G. McKeever* for appellant. No appearance for respondent.

No. 1004. MUTUAL BENEFIT, HEALTH & ACCIDENT ASSN. *v.* BOWMAN.